UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

_____

**HEDRICK HUMPHRIES,**

    Plaintiff,

v.                                                                                  CASE NO.: 6:23-cv-668

**COALITION FOR THE HOMELESS
OF CENTRAL FLORIDA, INC.,** a
**Florida Not for Profit Corporation,**

    Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

Defendant, COALITION FOR THE HOMELESS OF CENTRAL FLORIDA, INC., by and through its undersigned counsel and pursuant to Local Rule 3.09(a), hereby gives notice that the Parties have reached an agreement to settle this matter and states:

1. The Parties are preparing and finalizing settlement documents, which will include execution by the Parties of a Joint Stipulation of Dismissal.

2. It is anticipated the Parties' Joint Stipulation of Dismissal will be filed with the Court within the next thirty (30) days.

DATED this 27th day of November, 2023.

Respectfully submitted,

*/s/ Kristyne E. Kennedy*
KRISTYNE E. KENNEDY
Florida Bar No: 194700
GRACE A. CRAWFORD
Florida Bar No: 85803
COLE, SCOTT & KISSANE, P.A.
1900 Summit Tower Blvd., Suite 400
Orlando, Florida 32810
Primary Email:
Kristyne.Kennedy@csklegal.com
Secondary Email:
Grace.Crawford@csklegal.com
Secondary Email:
Celia.cates@csklegal.com
Telephone: (321) 972-0028
Facsimile: (321) 972-0099
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of November 2023, a true and correct copy of the foregoing was filed with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to Counsel of Record.

*/s/ Kristyne E. Kennedy*